UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

MARLENE E. SUMMERS,

          Plaintiff,

v.                                          Civil No. 05-6357-TC

HUTCHINS EUGENE NISSAN, INC., an
 Oregon domestic corporation, dba
 LITHIA NISSAN OF EUGENE,

          Defendant.

## JUDGMENT

    Judgment in favor of plaintiff, Marlene E. Summers, and against defendant, Hutchins Eugene Nissan, Inc., is hereby entered in the sum of $30,000.00, plus reasonable attorney fees and costs incurred to the date hereof in an amount to be determined by the Court under Fed. R. Civ. P. 54(d).

    Dated: August  11 ,2006.

_____
United States Magistrate Judge

JUDGMENT