**Alan A. Lave,** OSB No. 04339
al@lavelave.com
LAW OFFICES OF ALAN A. LAVE, LLC
222 S.W. Columbia St., Suite 1600
Portland, Oregon 97201-6616
Telephone: (503) 228-9673
Fax: (503) 222-7288
**Martin C. Dolan,** OSB No. 87205
martindolan@dolangriggs.com
DOLAN GRIGGS LLP
1130 S.W. Morrison, Suite 630
Portland, Oregon 97205-2240
Telephone: (503) 228-7500
Fax: (503) 243-1188

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **MARLENE E. SUMMERS,** | Case No. 05-6357-TC |
| Plaintiff, | |
| v. | **SATISFACTION OF JUDGMENT** |
| **HUTCHINS EUGENE NISSAN, INC.,** an Oregon domestic corporation, **dba LITHIA NISSAN OF EUGENE,** | |
| Defendant. | |

The undersigned, on behalf of plaintiff Marlene E. Summers, hereby acknowledges full satisfaction of the judgment debt herein. This Satisfaction of Judgment includes the General Judgment entered on August 11, 2006.

1 - SATISFACTION OF JUDGMENT

LAW OFFICES OF ALAN A. LAVE, LLC
222 S.W. Columbia St., Suite 1600
Portland, Oregon 97201-6616
(503) 228-9673
Fax: (503) 222-7288

DATED: September 26th, 2006.

                                        LAW OFFICES OF ALAN A. LAVE, LLC

                                        By: _____

                                               Alan A. Lave
                                               OSB No. 04339
                                               503-228-9673
                                               Attorney for Plaintiff Marlene E. Summers

STATE OF OREGON )
                         ) ss.
County of Multnomah )

      Personally appeared before me this 26th day of September 2006, Alan A. Lave, and acknowledged that he executed the foregoing Satisfaction of Judgment of his voluntary act and deed.

                                        _____
                                        Notary Public
                                        My commission expires 5-10-2010

OFFICIAL SEAL
LISA M HEFTY
NOTARY PUBLIC - OREGON
COMMISSION NO. 405903
MY COMMISSION EXPIRES MAY 10, 2010

2 - SATISFACTION OF JUDGMENT

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **SATISFACTION OF JUDGMENT** on the following person(s):

Wendy Baker
Harrang Long Gary Rudnick P.C.
360 East 10th Ave., Suite 300
Eugene, OR 97401-3248
Fax: 541-686-6564

√     by mailing to said person(s) a true copy thereof, contained in a sealed envelope, with postage paid, and deposited in the post office at Portland, Oregon, on said day, addressed to said person(s) as set forth above.

☐     by hand-delivery to said person(s) a true copy thereof on said day, addressed to said person(s) as set forth above.

☐     by facsimile to said person(s) a true copy thereof to the facsimile number of said person(s) as set forth above.

☐     by e-mailing to said person(s) a true copy thereof, with delivery receipt request, to the e-mail address set forth above.

DATED this 26th day of September, 2006.

                         LAW OFFICES OF ALAN A. LAVE, LLC

                         By:    /s/ Alan A. Lave
                                 Alan A. Lave, OSB No. 04339
                                 Attorneys for Plaintiff Marlene E. Summers

                         Trial Attorney: Martin C. Dolan, OSB No. 87205

Page    1 - CERTIFICATE OF SERVICE

LAW OFFICES OF ALAN A. LAVE, LLC
222 SW Columbia St., Suite 1600
Portland, Oregon 97201
(503) 228-9673
Fax: (503) 222-7288